In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-499 CR


____________________



MARK ENSIGN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 02-11-07326 CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Mark Ensign, to withdraw
his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally
and filed by his attorney of record. No opinion has issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM

Opinion Delivered March 25, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.